[Criminal No. 556a.    Filed October 15, 1923.]

[219 Pac. 232.]

ALFREDO MARTINEZ, Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the County of Yavapai. John J. Sweeney, Judge. Affirmed.

Mr. F. W. Perkins and Messrs. Morrison & Morrison, for Appellant.

Mr. John W. Murphy, Attorney General, Mr. Robert McMurchie, County Attorney, and Mr. A. H. Favour, of Counsel, for the State.

PER CURIAM.—This case is controlled by the determination in *Hazas* v. *State, ante,* p. 453, 219 Pac. 229, just decided. The issues of fact and law were

the same, and the same questions are raised in appellant's assignments. Accordingly, on the authority of the Hazas case, and the stipulation of the parties that the disposition of this case should abide the disposition of the Hazas case, the judgment of conviction is affirmed.